UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DeVONNE CHARLES HOUSTON,

   Petitioner,

   v.

STATE OF WASHINGTON

   Respondent.

Case No. C06-5283RJB

ORDER TO AMEND

   This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. (Dkt. #1).

   Petitioner names only the State of Washington as a Respondent. 28 U.S.C. § 2243 indicates that writs are to be directed "to the person having custody of the person detained". This person typically is the superintendent of the facility in which the petitioner is incarcerated. Failure to name the petitioner's custodian deprives federal courts of personal jurisdiction. Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

   Petitioner is ordered to file an amended petition or a motion to change the case caption and

ORDER

1 petitioner must name the superintendent of the facility where he is incarcerated.  The new petition or
2 motion must be filed on of before **July 21st, 2006** or the court will recommend dismissal of this
3 petition on jurisdictional grounds.
4     The clerk is ordered to send copies of this order to the petitioner and to note this matter for
5 the courts **July 21st, 2006** calendar.

7     DATED this 19th day of June, 2006.

9                                             */S/ J. Kelley Arnold*
                                             J. Kelley Arnold
10                                              United States Magistrate Judge

28 ORDER