UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DeVONNE CHARLES HOUSTON,

    Petitioner,

    v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C06-5283RJB

ORDER CHANGING
CASE CAPTION

    This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. Petitioner originally named the State of Washington as respondent. (Dkt. # 4). On June 20th, 2006 the court entered an order to amend the petition or file a motion to change the case caption. (Dkt. # 5). Petitioner has complied. (Dkt. # 6).

    The clerk of court is directed to change the case caption in this case to reflect Maggie Miller-Stout as respondent.

    The clerk is ordered to send a copy of this order to the petitioner.

    DATED this 31st , day of July, 2006.

                               */S/ J. Kelley Arnold*
                               J. Kelley Arnold
                               United States Magistrate Judge

ORDER