UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DE VONNE C. HOUSTON,

　　　　Petitioner,

　　v.

MAGGIE MILLER-STOUT,

　　　　Respondent.

Case No. C06-5283RJB

ORDER GRANTING RESPONDENT AN EXTENSION OF TIME

　　　　This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Before the court is Respondent's motion for an extension of time to file an answer. In the supporting documentation counsel explains that case load and illness have prevented meeting the 45 day time frame (Dkt. # 13). Petitioner opposes the extension of time (Dkt. # 14). Respondent has replied and set forth the time frame for when she received documents and what her case load has been.

　　　　Respondent has shown good cause for an extension of time. The motion is **GRANTED.** Respondent will have until **November 3rd, 2006** to file an answer.

　　　　The clerk is directed to send copies of this order to petitioner and counsel for respondent. And to note the **November 3rd, 2006** due date.

　　　　DATED this 19th, day of October, 2006.

　　　　　　　　　　　　　　　　　　*/S/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER- 1