UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DE VONNE C. HOUSTON,<br><br>Petitioner,<br><br>v.<br><br>MAGGIE MILLER-STOUT,<br><br>Respondent. | Case No. C06-5283RJB<br><br>ORDER DIRECTING RESPONDENT TO FILE A SUPPLEMENTAL ANSWER |

This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. The court has prepared a Report and Recommendation that all unexhausted claims be dismissed.

The answer does not address the sufficiency of the evidence claim on the merits (Dkt. # 16). Respondent is directed to address this claim in a supplemental answer to be filed on or before **January 5th, 2007.** On its own motion the court re-notes this matter for **January 26th, 2007** to give petitioner time to file a traverse if he wishes.

The clerk is directed to send copies of this order to petitioner and counsel for respondent and

ORDER- 1

1  to note the **January 26th, 2007** noting date for this petition.  The clerk is also directed to remove (Dkt. #
2  20) from the court calendar.
3
4         DATED this 30th, day of November, 2006.
5
6
7                                             /S/ J. Kelley Arnold
                                              J. Kelley Arnold
8                                             United States Magistrate Judge

28  ORDER- 2