UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DE VONNE C. HOUSTON,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C06-5283RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's motion to dismiss all unexhausted claims is **GRANTED.** The remaining claim regarding sufficiency of the evidence is re-referred to the Magistrate Judge.

(3)     The clerk is directed to send copies of this Order to Petitioner, and to the Hon. J. Kelley Arnold**.**

DATED this 5th day of January, 2007.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER - 1