# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DE VONNE C. HOUSTON | JUDGMENT IN A CIVIL CASE |
| v. | |
| MAGGIE MILLER-STOUT | CASE NUMBER: C06-5283RJB |

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court ADOPTS the Report and Recommendation, Dkt #28. This petition is DISMISSED.

| | |
|---|---|
| May 10, 2007 | BRUCE RIFKIN<br>Clerk |
| | /s/Dara L. Kaleel<br>By Dara L. Kaleel, Deputy Clerk |